BTR:jfr
F. #2019R01634

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VASILIKI APOSTOLOPOULOS and
THOMAS DELANCEY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆   MAR 02 2020   ☆

LONG ISLAND OFFICE

NOTICE OF MOTION

Criminal Docket No. _____-_____(___)

**C R   20   1 0 3**

FEUERSTEIN, J.
**SHIELDS, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant VASILIKI

APOSTOLOPOULOS and THOMAS DELANCEY's waiver of indictment pursuant to Rule

7(b) of the Federal Rules of Criminal Procedure.

Dated:     Central Islip, New York
           March 2, 2020

                              RICHARD P. DONOGHUE
                              United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              610 Federal Plaza
                              Central Islip, New York 11722

               By:     __/s/ Burton Ryan_____
                       Burton T. Ryan
                       Assistant United States Attorney
                       (631) 715-7853

Cc:   Clerk of the Court
      Barry Levin
      Larry Hollander